# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRISTENSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A. and FIRST CONTACT, LLC,<br><br>Defendants. | Case No. CV 14-7963-DMG (AJWx)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS DEFENDANT FIRST CONTACT, LLC WITHOUT PREJUDICE**<br>**[Fed. R. Civ. P. 21] [22]** |

Upon Plaintiff's request, and good cause showing, IT IS HEREBY ORDERED that Defendant FIRST CONTACT, LLC is dismissed as a party to the instant matter. Defendant FIRST CONTACT, LLC's dismissal from this action shall be without prejudice, each side to bear its own fees and costs. The order to show cause [Doc. # 21] is DISCHARGED.

**IT IS SO ORDERED.**

DATED: March 16, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE