CARLSON & MESSER LLP
Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
Watkinss@cmtlaw.com
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
*Attorneys for Defendant,*
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRISTENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., and, FIRST CONTACT, LLC,<br><br>Defendants. | Case No. 2:14-cv-07963-DMG-AJW<br><br>STIPULATION RE: DIMISSAL |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff JOHN KRISTENSEN, an Individual ("Plaintiff"), through his counsel or record, Nicholas Bontrager of Martin & Bontrager, APC and Defendant CREDIT ONE BANK, N.A. ("Defendant"), through its counsel of record, Charles R. Messer of Carlson & Messer LLP, hereby file this Stipulation to Dismiss Plaintiff's First and Second Causes of Action in Plaintiff's First Amended Complaint against Defendant CREDIT ONE BANK,

{00065199;1}

N.A., from the above-entitled action, with prejudice, and to dismiss without prejudice, the class action claims asserted in Plaintiff's First and Second Causes of Action in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Plaintiff's Third Cause of Action was previously dismissed by the Court on July 11, 2016 (ECF 72)

    SO STIPULATED.

Dated:  July 19, 2017                       CARLSON & MESSER LLP


                                            By:  <u>s/Charles R. Messer</u>
                                                 Charles R. Messer
                                                 Stephen A. Watkins
                                                 *Attorneys for Defendant*
                                                 CREDIT ONE BANK, N.A.


Dated:  July 19, 2017                       MARTIN & BONTRAGER, APC


                                              By:  <u>s/Nicholas Bontrager</u>
                                                 Nicholas Bontrager
                                                 Tom Martin
                                                 *Attorneys for Plaintiff*
                                                 JOHN KRISTENSEN

{00065199;1}

## **DECLARATION REGARDING CONCURRENCE**

I, Charles R. Messer, am the ECF/CM User whose identification and password are being used to file this STIPULATION TO DISMISS. In compliance with L.R. 5-4.3.4(2)(i), I hereby attest that Nicholas Bontrager has concurred in this filing's content and has authorized its filing.

Dated:  July 19, 2017                    CARLSON & MESSER LLP

                                                                By:  s/Charles R. Messer
                                                                      Charles R. Messer

{00065199;1}