UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 14-7963-DMG (AJWx)** | Date July 19, 2017 |

Title *John Kristensen v. Credit One Bank, N.A.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' Stipulation re Dismissal filed on July 19, 2017 [Doc. # 82], the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All scheduled dates and deadline are VACATED.

IT IS SO ORDERED.